UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:23-mj-00052-NRN |
| DIMAS A. MUNGULA-HERRERA | ) | |
| *Defendant* | | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay <u>DIMAS A. MUNGULA-HERRERA</u> who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951(A), Interference with Commerce by Threats or Violence;
18 U.S.C. § 924(c)(1)(A)(ii), Discharging a Firearm during and in Relation to a Crime of Violence

Date: 03/15/2023

*Issuing officer's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*