IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:23-mj-00052-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIMAS A. MUNGULA-HERRERA,

    Defendant.

## MOTION TO RESTRICT

The United States of America, by and through Albert Buchman, Assistant United States Attorney, moves the Court to enter an Order restricting the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents at Level 3, and as grounds therefore submits the following:

1.  A Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and this Motion have been filed as part of a continuing criminal investigation.

2.  Restriction of the case and documents at Level 3 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons: 1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 3, and; 3) only restricted access will adequately protect the interests in question.  These interests are further described as follows:  The target(s) are unaware of the continuing investigation. Further, this case involves the investigation of other targets and/or other possible locations where evidence of crimes may be located, such as on computers subject to the control of the target(s).

Accordingly, it is necessary to maintain the secrecy of the investigation, as there is reason to believe that notification of the existence of the Criminal Complaint and Affidavit will seriously jeopardize the investigation by giving the target(s) an opportunity to endanger the life or physical safety of an individual, flee from prosecution, destroy or tamper with evidence, and/or intimidate potential witnesses.  Restricting access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

WHEREFORE, the Government respectfully moves that the case, the Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, this Motion, and the Court's Order restricting these documents be restricted at Level 3 until further order of the Court.

Respectfully submitted,

United States Attorney
Cole Finegan

*s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: Al.Buchman@usdoj.gov