## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  23-cr-00105-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIMAS ALEXANDER MUNGUIA-HERRERA,
    a/k/a Dimas Alexander Mungula-Herrera,

    Defendant.

## **INDICTMENT**

The Grand Jury charges:

### **COUNT 1**

That at all times material to this Indictment, Conoco, located at 7995 Federal Blvd, Westminster, Colorado, was engaged in interstate commerce and an industry which affects interstate commerce.

That on January 12, 2023, in the State and District of Colorado, and elsewhere, the defendant, DIMAS ALEXANDER MUNGUIA-HERRERA, a/k/a Dimas Alexander Mungula-Herrera, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of currency and merchandise from in the presence of an employee of Conoco against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Sections 1951(a).

## COUNT 2

On or about January 12, 2023, in the State and District of Colorado, the defendant, DIMAS ALEXANDER MUNGUIA-HERRERA, a/k/a Dimas Alexander Mungula-Herrera, did knowingly use and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Hobbs Act Robbery, as set forth in Count 1.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(iii).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 924(d) and 981(a)(1)(C),), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation alleged in Count 1 of this Indictment involving violation of Title 18, United States Code, Section 924(c)(1)(A)(iii), defendant, DIMAS ALEXANDER MUNGUIA-HERRERA, a/k/a Dimas Alexander Mungula-Herrera, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

3. Upon conviction of the violation alleged in Count 2 of this Indictment involving violation of Title 18, United States Code, 1951(a), the defendant, DIMAS ALEXANDER MUNGUIA-HERRERA, a/k/a Dimas Alexander Mungula-Herrera, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all of the defendants' right, title,

and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the defendant.

4. If any of the property described above, as a result of any act or omission of the defendant:

a)  cannot be located upon the exercise of due diligence;
b)  has been transferred or sold to, or deposited with, a third party;
c)  has been placed beyond the jurisdiction of the Court;
d)  has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

COLE FINEGAN
United States Attorney

By: *Albert Buchman*
ALBERT BUCHMAN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  al.buchman@usdoj.gov
Attorney for Government