| | |
|---|---|
| DEFENDANT: | DIMAS ALEXANDER MUNGUIA-HERRERA<br>a/k/a Dimas Alexander Mungula-Herrera |
| AGE/YOB: | 2001 |
| COMPLAINT FILED? | ___x___ Yes      _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER __23-mj-00052-NRN_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | ___ Yes   _x__ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1: Hobbs Act Robbery, 18 U.S.C. §§ 1951(a)<br>Count 2: Discharging a Firearm in Furtherance of a Crime of Violence, 18 USC § 924(c)(1)(A)(iii) |
| LOCATION OF OFFENSES: | Adams County |
| PENALTY: | Count 1: NMT 20 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>Count 2: NLT 10 years' imprisonment, NMT life, consecutive to any other sentence; NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 special assessment. |
| AGENT: | Christopher Pyler<br>FBI Rocky Mountain Safe Streets Task Force |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x  five days or less; ___ over five days

THE GOVERNMENT

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.