IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-CR-00105-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIMAS ALEXANDER MUNGUIA-HERRERA,
a/k/a Dimas Alexander Mungula-Herrera,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce DIMAS ALEXANDER MUNGUIA-HERRERA, YOB: 2001, CD number 0000877574, booking number 2023460014, now confined in the Downtown Denver Detention Center, 490 W. Colfax Ave. Denver, CO 80204, before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

    SO ORDERED this _____ day of _____, 2023

                                  BY THE COURT:

                                  _____
                                  UNITED STATES DISTRICT COURT
                                  DISTRICT OF COLORADO