IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-CR-00105-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIMAS ALEXANDER MUNGUIA-HERRERA,
a/k/a Dimas Alexander Mungula-Herrera,

    Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body DIMAS ALEXANDER MUNGUIA-HERRERA, YOB: 2001, CD number 0000877574, booking number 2023460014, now confined in the Downtown Denver Detention Center, 490 W. Colfax Ave. Denver, CO 80204 before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the

1

conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined, under safe and secure conduct.

DATED at Denver, Colorado, this 10th day of April, 2023.

BY THE COURT:

C.Pommenville
CLERK, UNITED STATES DISTRICT COURT

PARTIAL/FINAL RETURN
WITHIN NAMED PERSON TRANSPORTED
FROM DOC TO
USMS Denver
ON 4/26/23

UNITED STATES MARSH...
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

PARTIAL/FINAL RETURN
WITHIN NAMED PERSON TRANSPORTED
FROM _____ TO
_____
ON _____

UNITED STATES MARSH...
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL